# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRITTNEY THOMAS**                                                  **PLAINTIFF**

**v.**                          **No. 4:23-cv-312-DPM**

**LEXIS NEXIS RISK SOLUTIONS INC**                    **DEFENDANT**

### INITIAL ORDER FOR *PRO SE* PLAINTIFFS

You filed this federal lawsuit without a lawyer's help.  Even though you're not a lawyer, there are rules and procedures you must follow in your lawsuit.

1.  **Follow All Court Rules.**  You must comply with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas.  These rules are available online at these websites:

- http://www.uscourts.gov/rules-policies/current-rules-practice-procedure

- http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules

In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs who aren't represented by a lawyer:

- If your address changes, you must promptly notify the Clerk and the other parties in the case.  If you don't keep the Court informed about your current address, your lawsuit can be dismissed without prejudice.

- You must monitor the progress of your case and prosecute it diligently.

- You must sign all papers filed with the Court;  and each paper you file must include your current address.

- If the Court issues an Order directing you to do something by a certain date, and you don't, then your case may be dismissed without prejudice.

**2. No Right to Appointed Counsel.**  This is a civil case. Unlike in a criminal case, you have no right to an appointed lawyer.

**3.  Do Not File Your Discovery Requests.**  Discovery requests— like interrogatories and requests for documents—should not be filed with the Court.  Instead, discovery requests should be sent to the Defendant's lawyer (or directly to the Defendant if he or she isn't represented by a lawyer).  But don't send any discovery requests to a Defendant until after they've been served and you and they have discussed your claims, the option of settlement, and a discovery plan.

**4.  Only Send Documents to the Court in Three Situations.** You may send documents or other evidence to the Court only if (a) they are attached to a motion for summary judgment, (b) they are attached to your response to a motion for summary judgment, or (c) the Court orders you to send documents or other evidence.

**5.  Provide a Witness List Before Trial.**  If your case goes to trial, you'll be asked for a witness list as your trial date approaches.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 April 2023