# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRITTNEY THOMAS**                                                        **PLAINTIFF**

v.                          No. 4:23-cv-312-DPM

**LEXISNEXIS RISK SOLUTIONS INC.**                 **DEFENDANT**

## ORDER

The second motion to amend the complaint, *Doc. 8*, is granted. Thomas may amend her complaint as a matter of course. Fed. R. Civ. P. 15(a)(1)(B). Amended complaint due by 2 June 2023. The first motion to amend the complaint, *Doc. 7*, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 May 2023