IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRITTNEY THOMAS                                                                    PLAINTIFF

v.                             No. 4:23-cv-312-DPM

LEXISNEXIS RISK SOLUTIONS INC.
and LEXISNEXIS RISK DATA
MANAGEMENT, INC.                                                              DEFENDANTS

## JUDGMENT

Thomas's claims under 15 U.S.C. § 1681b are dismissed without prejudice for lack of subject matter jurisdiction. Her remaining claims are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2024